**COURTROOM MINUTES**                                                                 **CLERK, U.S. DISTRICT COURT**
                                                                                      **SOUTHERN DISTRICT OF TEXAS**

THE HONORABLE __JOHN R. FROESCHNER__ Presiding

Deputy Clerk: __S. Anderson__                                                         **FILED**

                                                                                      __June 8, 2015__
                                                                                      **CLERK OF COURT**

PROCEEDING HELD:

| ☒ INITIAL APPEARANCE | ☐ IDENTITY / REMOVAL | OPEN: __11:13__ ADJOURN: __11:18__ |
| ☐ BOND HEARING | ☐ PRELIMINARY HEARING | RECESS FROM: _____ TO: _____ |
| ☐ DETENTION HEARING | ☐ COUNSEL DETERMINATION HEARING | |
| ☐ HEARING CONTINUED ON _____ | | ☐ Other District   ☐ Division |
| ☐ OTHER _____ | Case No. _____ | |

☐ Ct Rptr _____     ☒ ERO: __CC__                         ☐ Deft ☐ MW - ☐ does need an interpreter.
☐ USPO ☒ PTSO __Cynthia Moreno__   INTERPRETER PRESENT: ☐ No ☐ Yes, Name: __None Needed__

☐ CR ☒ MJ __G-15-32__  DEFT No. __1__  USDJ _____

UNITED STATES OF AMERICA              §         _____, AUSA
vs                                    §
                                      §
__DENNIS P.M. HUGHES__                §   __NEAL DAVIS__   Retained Counsel for Dft

☒ .... Date of arrest: __6/5/15__ and/or ☐ Rule 5, 32.1 and/or 40
☒ .... Deft first appearance - advised of rights/charges ☐ Probation / Supervised Release Violator ☐ Pretrial Service Violator
☒ .... ☒ Deft ☐ Material Witness _____ appeared ☒ with ☐ without counsel.
☐ .... Requests appointed counsel.
☐ .... FINANCIAL AFFIDAVIT executed.
☐ .... ORDER Appointing Federal Public Defender.
☐ .... ORDER Appointing CJA Counsel - appointed, _____
☐ .... ORDER of Partial Reimbursement to CJA Fund. ☐ ORAL ORDER re: Dft to Reimburse CJA Fund $ _____.
☒ .... Deft advises he / she will retain counsel.  Deft retained __Neal Davis__
☐ .... Bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ PR ☐ Unsecured ☐ $_____ Deposit.
☐ .... Bond ☐ revoked ☐ reinstated ☐ continued.
☐ .... Surety signatures required _____, _____.
☐ .... No bond set at this time, 10 day DETENTION ORDER entered.
☒ .... ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
☐ .... ORDER OF DETENTION PENDING TRIAL entered.
☐ .... ORDER SETTING CONDITIONS OF RELEASE executed.
☐ .... BOND EXECUTED, ☐ Deft ☐ MW released ( ☐ State Authorities, ☐ INS )
☒ .... ☒ Deft ☐ Material Witness REMANDED to CUSTODY.
☐ .... Deft ORDERED REMOVED to Originating District.
☐ .... WAIVER of Preliminary Hearing ☐ ... Limited Waiver of Rule 5 Hearing ☐ ... Waiver of Detention Hearing
☐ .... Court finds ☐ PROBABLE CAUSE ☐ IDENTITY .
☐ .... Arraignment set _____ ☒ ... Detention Hearing set __6/10/15 @ 1:30 pm__
☐ .... Preliminary set __6/10/15 @ 1:30 pm__ ☐ .... Bond Hearing set _____
☐ .... Counsel Determination Hearing set _____ ☐ ... Identity / Removal Hearing set _____
☐ .... Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED.
☐ .... **OTHER.**