COURTROOM MINUTES                                           CLERK, U.S. DISTRICT COURT
                                                            SOUTHERN DISTRICT OF TEXAS

THE HONORABLE   JOHN R. FROESCHNER   Presiding
                                                                         FILED
Deputy Clerk:   S. Anderson
                                                                      June 10, 2015
                                                                    CLERK OF COURT

PROCEEDING HELD:

☐ INITIAL APPEARANCE   ☐ IDENTITY / REMOVAL            OPEN: 1:40       ADJOURN: 3:40
☐ BOND HEARING         ■ PRELIMINARY HEARING           RECESS FROM: 3:20    TO: 3:30
■ DETENTION HEARING    ☐ COUNSEL DETERMINATION HEARING
☐ HEARING CONTINUED ON _____                ☐ Other District  ☐ Division
☐ OTHER _____                               Case No. _____

☐ Ct Rptr _____   ■ ERO: CC                ☐ Deft ☐ MW - ☐ does need an interpreter.
☐ USPO  ■ PTSO _____   INTERPRETER PRESENT: ☐ No ☐ Yes, Name: _____

☐ CR  ■ MJ  G-15-32          DEFT No. 1        USDJ _____

UNITED STATES OF AMERICA              §      SHERRI ZACK                    , AUSA
vs                                    §
                                      §
DENNIS P.M. HUGHES                    §      NEAL DAVIS           Retained Counsel for Dft

☐ . . . .  Date of arrest: _____ and/or ☐ Rule 5, 32.1 and/or 40
☐ . . . .  Deft first appearance - advised of rights/charges ☐ Probation / Supervised Release Violator ☐ Pretrial Service Violator
■ . . . .  ■ Deft ☐ Material Witness _____ appeared ■ with ☐ without counsel.
☐ . . . .  Requests appointed counsel.
☐ . . . .  FINANCIAL AFFIDAVIT executed.
☐ . . . .  ORDER Appointing Federal Public Defender.
☐ . . . .  ORDER Appointing CJA Counsel - appointed, _____
☐ . . . .  ORDER of Partial Reimbursement to CJA Fund. ☐ ORAL ORDER re: Dft to Reimburse CJA Fund $ _____.
☐ . . . .  Deft advises he / she will retain counsel. Deft retained _____
■ . . . .  Bond ■ set ☐ reduced to $ 50,000.00   ☐ Cash ■ Surety ☐ PR ☐ Unsecured ■ $ 5,000.00 Deposit.
☐ . . . .  Bond ☐ revoked ☐ reinstated ☐ continued.
■ . . . .  Surety signatures required  Claire Hughes - wife  , _____.
☐ . . . .  No bond set at this time, 10 day DETENTION ORDER entered.
☐ . . . .  ORDER OF TEMPORARY DETENTION ~~PENDING HEARING~~ entered.
☐ . . . .  ORDER OF DETENTION PENDING HEARING entered.
☐ . . . .  ORDER SETTING CONDITIONS OF RELEASE executed.
■ . . . .  BOND EXECUTED, ■ Deft ☐ MW released ( ☐ State Authorities, ☐ INS )
☐ . . . .  ☐ Deft ☐ Material Witness REMANDED to CUSTODY.
☐ . . . .  Deft ORDERED REMOVED to Originating District.
☐ . . . .  WAIVER of Preliminary Hearing ☐ . . . Limited Waiver of Rule 40 Hearing ☐ . . Oral Waiver of Detention Hearing
☐ . . . .  Court finds ☐ PROBABLE CAUSE ☐ IDENTITY .
☐ . . . .  Arraignment set _____ ☐ . . . Detention Hearing RESET _____
☐ . . . .  Preliminary set _____ ☐ . . . Bond Hearing set _____
☐ . . . .  Counsel Determination Hearing set _____ ☐ . . . Identity / Removal Hearing set _____
☐ . . . .  Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED.
☐ . . . .  **OTHER.**