

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. G-15-MJ-32 |
| | § | |
| DENNIS P.M. HUGHES | § | |

## RECEIPT OF PASSPORT

I acknowledge receipt of the _____ United States of America _____ passport

of _____ Dennis P.M. Hughes _____, Passport No. _____ USA XXXXXXXXX _____,

which is being **SURRENDERED** by the named Defendant.


_____ 6/10/15 _____        Dennis P.M. Hughes _____
Date        Printed Name of Defendant
      or Attorney/Representative for Defendant


      /s/delivered by wife, Claire Hughes to Court
      Signature of Defendant
      or Attorney/Representative for Defendant


      CLERK OF COURT

_____ 6/10/15 _____        By: /s/ Sheila R. Anderson _____
Date        Deputy Clerk