

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CRIMINAL NO. G-15-MJ-32 |
| DENNIS P.M. HUGHES | § | |

RECEIPT OF PASSPORT

I acknowledge receipt of the ___United States of America___ passport of ___Dennis P.M. Hughes___, Passport No. ___USA 488910024___, which is being SURRENDERED by the named Defendant.


___6/10/15___            Dennis P.M. Hughes
Date            Printed Name of Defendant
        or Attorney/Representative for Defendant


        /s/delivered by wife, Claire Hughes to Court
        Signature of Defendant
        or Attorney/Representative for Defendant


        CLERK OF COURT

___6/10/15___            By: ___/s/ Sheila R. Anderson___
Date            Deputy Clerk