UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

United States Courts
Southern District of Texas
FILED

JUN 3 0 2015

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| vs. | § CRIMINAL NO. 15-11. |
| DENNIS PATRICK MEEHAN HUGHES | § § § |

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### INTRODUCTION

At all times material to this Indictment:

1.     The term "minor" is defined, pursuant to Title 18, United States Code, Section 2256(1), as

"any person under the age of eighteen years."

2.     The term "child pornography," for purposes of this Indictment, is defined, pursuant to Title

18, United States Code, Section 2256(8)(A), as:

> "any visual depiction, including any photograph, film, video, picture, or computer or
> computer-generated image or picture, whether made or produced by electronic, mechanical,
> or other means, of sexually explicit conduct, where -
>
> (A)     the production of such visual depiction involves the use of a minor engaged in
>         sexually explicit conduct,"

3.     The term "sexually explicit conduct" is defined, pursuant to Title 18, United States Code,

Section 2256(2), as any:

> "actual or simulated -
> (i)     sexual intercourse, including genital [to] genital, oral [to] genital, anal [to] genital, or
>         oral [to] anal, whether between persons of the same or opposite sex; [or]
> (ii)    bestiality; [or]
> (iii)   masturbation; [or]
> (iv)    sadistic or masochistic abuse; or

(v)     [the] lascivious exhibition of the genitals or pubic area of any person."

4.      The term "computer" is defined, pursuant to Title 18,  United States Code, Sections 2256(6) and 1030(e)(1), as any:

> "electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic,  or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device, but such term does not include an automated typewriter or typesetter, a portable hand held calculator or other similar device."

5.      The term "producing", for purposes of this Indictment, is defined, pursuant to Title 18,

United States Code, Section 2256(3) and case law, as:

> "producing, directing, manufacturing, issuing, publishing or advertising" and includes downloading or copying visual depictions from another source.

6.      The term "visual depiction" is defined, pursuant to Title 18, United States Code, Section

2256(5), as including, but is not limited to, any:

> "undeveloped film and videotape, and data stored on computer disk or by electronic means which is capable of conversion into a visual image."

**COUNT ONE**
**(Receipt Of Child Pornography)**

On or about January 1 2014 through June 4, 2015, within the Southern District of Texas,

**DENNIS PATRICK MEEHAN HUGHES,**

defendant herein, did knowingly receive material that contains child pornography using any means

and facility of interstate and foreign commerce.

**In violation of Title 18, United States Code, Section 2252A(a)(2)(B) and Section**

**2252A(b)(1).**

2

## COUNT TWO
### (Access with Intent to View Child Pornography)

On or about November 28, 2014 through March 5, 2015, within the Southern District of Texas,

**DENNIS PATRICK MEEHAN HUGHES,**

defendant herein, did knowingly access with intent to view material that contained images of child pornography, which had been shipped and transported using any means and facility of interstate and foreign commerce, or which were produced using materials which have been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by computer.

**In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and Section 2252A(b)(2).**

## COUNT THREE
### (Possession of Child Pornography)

On or about June 5, 2015, within the Southern District of Texas,

**DENNIS PATRICK MEEHAN HUGHES,**

defendant herein, did knowingly possess material that contained multiple images and videos of child pornography, which had been shipped and transported using any means and facility of interstate and foreign commerce, or which were produced using materials which have been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by computer; more specifically, the defendant possessed 1 PNY MicroSD Adapter and 4 GB card, 7 Memorex Cd-Rs, 1 Memorex DVD-R, 1 Apple DVD-R (4.7 GB DVD), 1 Rocketfish hard drive enclosure kit, 1 Apple iPad, 1 Western Digital hard drive, 1 HP Elitebook 8560W, 3 Kingsto thumb drives, 1 black HP thumb drive, 1 Sandisk thumb drive, 1 white thumb drive, 3 silver thumb drives, 1 Samsung

3

S765 digital camera, 1 Samsung Galaxy SIII mini cellular phone, 1 red Nikon Coolpix S3500 digital camera, 1 purple Nikon Coolpix S3500 digital camera, 1 silver Nikon Coolpix S02 digital camera, 1 Canon Powershot Elph 115 IS digital camera, 1 Blackberry Bold cellular phone, 1 Canon SX30IS digital camera, 1 Canon EOS Rebel T5 digital camera, 1 red Nikon Coolpix S3500, and 2 Sandisk 16 GB cards which contained video and still images of child pornography.

**All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).**

4

## NOTICE OF FORFEITURE
## 18 U.S.C. § 2253(a)

Pursuant to Title 18, United States Code, Section 2253(a)(2) and (a)(3), the United States gives the defendant notice that in the event of conviction for the offenses charged in Counts One through Four of the Indictment, the United States will seek to forfeit all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offenses charged in Counts One through Four; and all property, real and personal, used or intended to be used to commit or to promote the commission of the offenses charged in Counts One through Four, or any property traceable to such property, including, but not limited to, the following:

1 PNY MicroSD Adapter and 4 GB card,

7 Memorex Cd-Rs, 1 Memorex DVD-R,

1 Apple DVD-R (4.7 GB DVD),

1 Rocketfish hard drive enclosure kit,

1 Apple iPad, 1 Western Digital hard drive,

1 HP Elitebook 8560W,

3 Kingsto thumb drives,

1 black HP thumb drive,

1 Sandisk thumb drive,

1 white thumb drive,

3 silver thumb drives,

1 Samsung S765 digital camera,

1 Samsung Galaxy SIII mini cellular phone,

1 red Nikon Coolpix S3500 digital camera,

1 purple Nikon Coolpix S3500 digital camera,

1 silver Nikon Coolpix S02 digital camera,

1 Canon Powershot Elph 115 IS digital camera,

1 Blackberry Bold cellular phone,

1 Canon SX30IS digital camera,

1 Canon EOS Rebel T5 digital camera,

1 red Nikon Coolpix S3500, and

2 Sandisk 16 GB cards.

A True Bill:

Original Signature on File

Grand Jury Foreperson

KENNETH MAGIDSON
United States Attorney

By: _Sherri L. Zack_
Sherri L. Zack
Assistant United States Attorney
713-567-9374