USA-74-24B
(Rev. 05/01)

**CRIMINAL DOCKET**

United States Courts
Southern District of Texas
FILED

JUN 3 0 2015

Filed David J. Bradley, Clerk of Court

No. **15-11**

**GALVESTON DIVISION**

USAO Number: 2015R14214

Magistrate Number: G 15-32 M

CRIMINAL INDICTMENT

Judge: **Hanks**

**UNITED STATES of AMERICA**
**VS.**

**ATTORNEYS:**

KENNETH MAGIDSON, USA — (713) 567-9000

Sherri Zack, AUSA — (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| DENNIS PATRICK MEEHAN HUGHES | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**CHARGE:**
**(TOTAL)**
**(COUNTS:)**
**( 3 )**

Ct. 1: Receipt of Child Pornography [18 USC § 2252A(a)(2)(B) and 2252A(b)(1)]

Ct. 2: Access with Intent to View [18 USC § 2252A(a)(5)(B) and 2252A(b)(2)]

Ct. 3: Possession of Child Pornography [18 USC § 2252A(a)(5)(B) and 2252A(b)(2)]

**PENALTY:**

Ct. 1: 5-20 years imprisonment; up to $250,000 fine; any term of years not less than 5 years up to life SRT; $100 SA.

Ct. 2: Up to 10 years imprisonment; up to $250,000 fine; any term of years not less than 5 years up to life SRT; $100 SA.

Ct. 3: Up to 10 years imprisonment; up to $250,000 fine; any term of years not less than 5 years up to life SRT; $100 SA.

☐ In Jail
☑ On Bond
☐ No Arrest.

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**