UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| UNITED STATES OF AMERICA | § | CRIMINAL NO: |
|---|---|---|
| v. | § | |
| Dennis Patrick Meehan Hughes | § | **15-11** |

## ORDER FOR ISSUANCE OF NOTICE

A  CRIMINAL INDICTMENT  has been filed against the defendant who is

☐ Released on Condition    ☐ Detained    ☐ In Custody    It is

ORDERED that a notice be issued for the appearance of said defendant Dennis Patrick Meehan Hughes

at _____

SIGNED at Houston, Texas, on _____6-30_____, 20 15.

_____
UNITED STATES MAGISTRATE JUDGE