✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **TEXAS**

**UNITED STATES OF AMERICA**

V.

**DENNIS PATRICK MEEHAN HUGHES**

**NOTICE**

CASE NUMBER: **CR-15-11**

TYPE OF CASE:

☐ CIVIL    X CRIMINAL

**X TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| UNITED STATES COURTHOUSE<br>601 Rosenberg (25th Street)<br>Galveston, Texas 77002<br>**U. S. Magistrate Judge John R. Froeschner** | 7TH FLOOR COURTROOM<br>DATE AND TIME<br>**July 2, 2015 at 10:00 a.m.** |

TYPE OF PROCEEDING

# ARRAIGNMENT

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
|  |  |  |

DAVID J. BRADLEY, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

July 1, 2015                              Sheila R. Anderson / 409-766-3533
DATE                                      (BY) DEPUTY CLERK

TO:   Sherri Zack - USA
      Neal Andrew Davis - Retaomed Atty for Deft
      US Marshal