MAGISTRATE JUDGE   JOHN R. FROESCHNER       CLERK, U.S. DISTRICT COURT
CASE MANAGER   S. ANDERSON      ~~CT RPTR~~ / ERO   LT       SOUTHERN DISTRICT OF TEXAS
USPS / USPO_____   INTERPRETER_____       FILED
            July 2, 2015
TIME   10:02   |   10:05   A.M.      |      P.M.       CLERK OF COURT

CR. NO.   G-15-11      USDJ   GEORGE C. HANKS, JR.

UNITED STATES OF AMERICA   §

vs.   §   SHERRI ZACK (Appeared by Phone)   AUSA

| Deft. No. | Deft. Name | | | |
|---|---|---|---|---|
| 1 | DENNIS P.M. HUGHES | § | NEAL DAVIS | ☑ RETAINED |

add'l defts on reverse side        new atty info on reverse   Appt - (A), Retd - (R), FPD - (F)

## ARRAIGNMENT

- ☑ Arraignment held.  ☐ Arraignment held on superseding indictment.  ☐ Arraignment not held.
- ☑ Deft  1  appeared with counsel.  ☐ Deft____ appeared without counsel.
- ☐ Deft____ Waiver of Indictment executed (for criminal information).
- ☑ Deft  1  enters a plea of not guilty. (ngpl)  ☐ Deft____ enters a plea of guilty. (gpl)
- ☐ Deft____ plea of guilty probable; pro forma plea of not guilty entered. (ngpl)
- ☐ Deft____ rearraignment set _____ at _____ before Judge _____.
- ☐ Waiver of Speedy Trial executed.
- ☑ Scheduling Order  ☑ issued w/cc to parties.  ☐ to be mailed.  ☐ not issued.
- ☐ Deft____ Order for PSI setting Disclosure and Sentencing dates signed.  ☐ PSI waived.
- ☐ Deft____ sentencing set _____ at _____.
- ☐ Deft____ failed to appear, bench warrant to issue.
- ☐ Deft____ Bond ☐ set ☐ reduced to $_____  ☐ Cash ☐ Surety ☐ 10% ☐ PR.
- ☐ Deft____ executed bond and released from custody.
- ☑ Deft  1  Bond continued.
- ☐ Deft____ remanded to custody.
- ☐ Deft____ Nebbia Hearing held (conflict of interest).

Other Proceedings: _____