IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL NO. G-15-11 |
| | § | |
| DENNIS PATRICK MEEHAN HUGHES | § | |

## SCHEDULING ORDER

1. July 13, 2015 — All motions will be filed no later than this date <u>All motions except motions to suppress evidence and motions to dismiss will contain an averment that the movant has conferred with the respondent and that counsel cannot agree about the disposition of the motion.</u>

2. July 20, 2015 — Response to motions will be filed no later than this date.

3. August 7, 2015 at 10:00 a.m. — Pretrial Conference before Judge George C. Hanks, Jr., <u>United States Courthouse, 601 Rosenberg, Sixth Floor Courtroom, Galveston, Texas</u>. **DEFENDANT MUST BE PRESENT**

4. August 17, 2015 at 9:00 a.m. — This case is set for jury trial on this date and time. No later than one business day before this date each counsel will file and deliver to opposing counsel and to the court's chambers a proposed charge to the Jury, an exhibit list, copies of all documents and photographs to be offered as exhibits, and a witness list.

5. <u>4 - 5 Days</u> — Estimated trial time

<u>The court will not consider any papers filed within seven days of any conference, hearing, or sentencing unless counsel delivers copies of such papers to chambers the day they are filed.</u>

Direct questions regarding this schedule to Cathy Carnew, Case Manager, U.S. District Clerk's Office, P.O. Box 2300, Galveston, Texas 77553, 409-766-3547.

DONE at Galveston, Texas, this ____2d____ day of July, 2015.

JOHN R. FROESCHNER
UNITED STATES MAGISTRATE JUDGE