UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | G15-32M |
| | § | |
| DENNIS P.M. HUGHES | § | |

## HUGHES' UNOPPOSED MOTION TO CONTINUE ALL SETTINGS

Dennis P.M. Hughes, through Neal Davis, files this unopposed motion to continue all dates of all settings, showing specifically:

1. Hughes is charged with several counts involving child pornography. This is a case involving the Internet, computers, hard drives and other digital storage devices, and digitally stored data. The government has been conducting discovery on these devices.

2. The defense has received the first round of discovery from the government this week, and the government has been very cooperative in diligently making discovery available.

3. The defense is still reviewing this discovery, and may also conduct additional discovery of the computer and storage devices involved. Hence, more time is needed.

4. Defense counsel is also leaving for a pre-paid vacation to the Provence region of France from July 28, 2015, to August 8, 2015.

5. The prosecution is not opposed to a continuance.

Hughes therefore prays that all dates of all settings be continued.

Respectfully submitted,

NEAL DAVIS LAW FIRM, PLLC

/s/
_____
Neal Davis

State Bar No. 24001117
Federal No. 23729
917 Franklin, 6th Floor
Houston, Texas 77002
Telephone: (713) 227-4444
Facsimile: (800) 769-7140
Email: Neal@NealDavisLaw.com

Defendant's lawyer

## CERTIFICATE OF CONFERENCE

I certify I have emailed Assistant United States Attorney Sherri Zack about Hughes' Motion to Continue on July 16, 2015, and she is UNOPPOSED.

/s/
_____
Neal Davis

## CERTIFICATE OF SERVICE

I certify that copy of Hughes' Motion to Continue has been sent to Assistant United States Attorney Sherri Zack on July 16, 2015, via ECF/PACER.

/s/
_____
Neal Davis

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | G15-32M |
| | § | |
| DENNIS P.M. HUGHES | § | |

## ORDER

Upon considering Hughes' Unopposed Motion to Continue All Settings, it is ordered GRANTED and a new scheduling order shall issue.

Signed July \_\_\_\_\_, 2015.

_____
HONORABLE JUDGE PRESIDING