UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | G15-32M |
| DENNIS P.M. HUGHES | § § | |

## ORDER

Whereas Hughes and his attorney have filed a motion requesting a continuance, the Court finds that the ends of justice would be served to the best interest of the public and the defendant, pursuant to Title 18, United States Code, Section 3161(h)(8), <u>et seq</u>, by granting the motion for continuance for the grounds stated in said motion, and the period of delay resulting from this continuance shall be excludable under the Speedy Trial Act at 18 U.S.C. 3161.

The new dates are as follows:

1. Pretrial Conference: November __2__, 2015. at 9:30 AM

2. Jury selection and trial: November __16__, 2015. at 9:00 AM

Signed this __28__ day of __July_____, 2015.



UNITED STATES DISTRICT JUDGE