United States District Court
Southern District of Texas
**ENTERED**
April 22, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CR ACTION NO. 3:15-CR-11-1 |
| | § | |
| DENNIS PATRICK MEEHAN HUGHES | § | |

## ORDER

Hughes' Unopposed Motion to Continue the PSR Due Date and Sentencing ( Dkt. 41) is **GRANTED.** It is therefore **ORDERED** that the following deadlines are extended as follows:

1. By May 26, 2016, the initial presentence report must be disclosed to counsel

2. By June 9, 2016, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection

3. By June 23, 2016, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues

4. Sentencing is set for July 1, 2016, at 10:00 a.m.

SIGNED at Galveston, Texas, this 22nd day of April, 2016.

_____
George C. Hanks Jr.
United States District Judge