IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| v. | § | CRIMINAL NO. 3-15-cr-11 |
| DENNIS PATRICK MEEHAN HUGHES | § | |
| Defendant. | § | |

## NOTICE OF DECLARATION OF PUBLICATION

The United States of America has published notice of this forfeiture action as stated in the attached and incorporated declaration.

Respectfully submitted,

Kenneth Magidson
United States Attorney

By: /s/ Lori Silverstein Roth
Lori Silverstein Roth
Assistant United States Attorney
Texas State Bar No. 24076691
SDTX Bar No. 1383270
United States Attorney's Office
1000 Louisiana, Suite 2300
Houston, TX 77002
Office (713) 567-9547