UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | 3:15-cr11-01 |
| DENNIS P.M. HUGHES | § § | |

**NOTICE OF STATUS OF CASE SUPPORTING PLEA WITHDRAWAL**

Dennis P.M. Hughes, through Neal Davis, files this notice of the Oklahoma case supporting plea withdrawal, showing specifically:

1. On May 12, 2016, the United States District Court for the Northern District of Oklahoma, "upon full consideration of the entire record and the issues presented therein," **affirmed and adopted the magistrate court's order** in *United States v. Scott Fredrick Arterbury*, case number 15-CR-182-JHP, finding the warrant involved there was invalid and the evidence had to be suppressed. At the hearing on Hughes' motion to withdraw his plea, the prosecutor argued it was significant the District Court of Oklahoma had no yet adopted the magistrate's findings invalidating the warrant. That District Court has now adopted them.

Respectfully submitted,

NEAL DAVIS LAW FIRM, PLLC

/s/
_____
Neal Davis

State Bar No. 24001117
Federal No. 23729
917 Franklin, 6th Floor
Houston, Texas 77002
Telephone: (713) 227-4444
Facsimile:  (800) 769-7140
Email: Neal@NealDavisLaw.com

Defendant's lawyer

## **CERTIFICATE OF SERVICE**

I certify that copy of this notice has been sent to the Assistant United States Attorney on June 15, 2016, via PACER/ECF filing.

/s/
_____
Neal Davis