UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 3:15-cr11-01 |
| | § | |
| DENNIS P.M. HUGHES | § | |

## HUGHES' UNOPPOSED AMENDED MOTION
## TO CONTINUE SENTENCING

Dennis P.M. Hughes, through Neal Davis, files this unopposed motion to continue sentencing from October 13, 2016 to a day sometime after October 24, 2016, showing specifically:

1. Hughes filed an unopposed motion to reset sentencing and this Court set the date for October 13, 2016.

2. Undersigned and his wife had previously purchased tickets to go to Mexico from October 12 to October 16, 2016, for undersigned's 45th birthday. Undersigned filed a motion to continue based on this trip, which has not been ruled on.

3. Yesterday, on August 30, 2016, and after filing the original motion which is still pending, undersigned learned that the United States Supreme Court has granted a continuance to file a cert petition in Calvin Gary Walker v. Texas, No. 16A189 (attached), on which undersigned is co-counsel with Dick DeGuerin and Jeffrey Fisher.

Jeffrey Fisher is the director of the Stanford Law Supreme Court Clinic, and he has made arrangements for undersigned and Dick DeGuerin to meet at the Clinic to help prepare the cert petition on October 19, 2016 (which requires traveling to Palo Alto, California from Houston, Texas on October 18 and returning October 20, 2016).

    4. Because of this conflict, Hughes asks for a continuance sometime after October 24, 2016.

    5. Undersigned has contacted the prosecution, and they are unopposed to this continuance.

    Hughes therefore prays that all dates be continued.

Respectfully submitted,

NEAL DAVIS LAW FIRM, PLLC

/s/

_____

Neal Davis

State Bar No. 24001117
Federal No. 23729
917 Franklin, 6th Floor
Houston, Texas 77002
Telephone: (713) 227-4444
Facsimile: (800) 769-7140
Email: Neal@NealDavisLaw.com

Defendant's lawyer

## CERTIFICATE OF CONFERENCE

I certify I have emailed Assistant United States Sherri Zack about this Amended Motion to Continue on August 30, 2016, and she is UNOPPOSED.

/s/

_____

Neal Davis

3

## CERTIFICATE OF SERVICE

I certify that copy of this Motion to Continue has been sent to the Assistant United States Attorney on August 30, 2016, via PACER/ECF filing.

/s/

Neal Davis

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | 3:15-cr11-01 |
| DENNIS P.M. HUGHES | | |

# ORDER

Whereas, Hughes and his attorney have filed a motion requesting a continuance setting forth the grounds for continuance in the attached motion, the Court finds that the ends of justice would be served to the best interest of the public and the defendant, pursuant to Title 18, United States Code, Section 3161(h)(8), et seq, by the granting on the motion for continuance of sentencing, and the period of delay resulting from granting this continuance shall be excludable under the Speedy Trial Act at 18 U.S.C. 3161.

The motion for continuance is granted and a new scheduling order shall issue.

_____
UNITED STATES DISTRICT JUDGE