UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*

Dennis Patrick Meehan Hughes

Case Number: 3:15–cr–00011

## Notice of Resetting

**A proceeding has been set in this case as to Dennis Patrick Meehan Hughes as set forth below.**

**BEFORE:**
**Judge George C Hanks, Jr**

**PLACE:**
Courtroom 8B
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 11/8/2016

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Sentencing
Applicable defendant(s) required to be present at the hearing.

Date:   October 26, 2016                                                                                   David J. Bradley, Clerk